# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY BOUTIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-09-0322 |
| | § |
| | § |
| EXXON MOBIL CORP., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

The parties filed an unopposed motion for entry of agreed protective order. (Docket Entry No. 15). The parties have shown good cause for the entry of a protective order in this case, which will involve discovery into employment records that contain sensitive and private information and other records that contain proprietary and confidential information about the defendant's business and policies. However, the proposed protective order the parties submitted did not include a provision permitting the requesting party to challenge confidentiality designations and did not adequately address the need for a separate showing and order to seal documents filed with the court (as opposed to exchanged in discovery). The proposed order has been changed in those respects. The agreed order is otherwise adopted.

SIGNED on September 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge