IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY BOUTIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-0322 |
| | § |
| EXXON MOBIL CORP., *et al.*, | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

Consistent with this court's Memorandum and Opinion issued today, this case is dismissed with prejudice. This is a final judgment.

SIGNED on July 30, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge